**2011–0848. State v. Cooper.**
Butler App. No. CA2010–05–113, 2011-Ohio-1630. On motion for stay of court of appeals' judgment. Motion denied.

# APPEALS ACCEPTED FOR REVIEW

**2011–0337. AT&T Communications of Ohio v. Lynch.**
Cuyahoga App. No. 94320, 2011-Ohio-302. Discretionary appeal accepted. Discretionary cross-appeal not accepted.

PFEIFER, J., would also accept the cross-appeal.

McGEE BROWN, J., would also accept the cross-appeal on Proposition of Law No. I.

LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent and would not accept the appeal.

**2011–0486. State v. Emerson.**
Cuyahoga App. No. 94413, 2011-Ohio-593. Discretionary appeal accepted on Proposition of Law Nos. I and II.

LUNDBERG STRATTON and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. III. O'DONNELL, J., would also accept the appeal on Proposition of Law Nos. III through VIII. PFEIFER, CUPP, and McGEE BROWN, JJ., dissent.

**2011–0515. In re T.D.**
Clinton App. No. CA2010–01–002, 2011-Ohio-671. Discretionary appeal accepted; cause held for the decisions in 2008–1624, *In re Smith,* Allen App. No. 1–07–58, 2008-Ohio-3234, and 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

LANZINGER and CUPP, JJ., would accept Proposition of Law No. II without holding.

**2011–0569. State ex rel. Teamsters Local Union No. 436 v. Cuyahoga Cty. Commrs.**
Cuyahoga App. No. 94703, 2011-Ohio-820.

CUPP, J., would accept the appeal on Proposition of Law No. I only.

O'CONNOR, C.J., and PFEIFER, J., dissent.

**2011–0586. Core v. State.**
Franklin App. No. 09AP–192, 191 Ohio App.3d 651, 2010-Ohio-6292. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

LANZINGER and CUPP, JJ., would also accept the appeal on Proposition of Law No. I and hold the cause for the decision in 2010–1660, *State v. Palmer,* Franklin App. Nos. 09AP–956 and 09AP–957, 2010-Ohio-2421.

O'CONNOR, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2011–0686. State v. Keck.**
Washington App. No. 09CA50, 2011-Ohio-1643. Discretionary appeal accepted; cause held for the decision in 2010–0659, *State v. Estrada–Lopez,* Butler App. No. CA2008–12–291, 186 Ohio App.3d 328, 2010-Ohio-732; and briefing schedule stayed.

PFEIFER, O'DONNELL, and McGEE BROWN, JJ., dissent.